IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' ANNUITY FUND, NORTH CENTRAL ILLINOIS LABORERS' HEALTH & WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>P.A. ATHERTON CONSTRUCTION, INC., PATRICIA ATHERTON,<br><br>Defendants. | Case No. 20-3215 |

## ORDER OF DEFAULT JUDGMENT

RICHARD MILLS, United States District Judge:

Pending is Plaintiffs' Motion for Default Judgment.

On August 21, 2020, Plaintiffs filed their Complaint. The Defendants were required to plead or otherwise answer the Complaint by November 27, 2020.

On December 7, 2020, the case was stayed as to Defendant Patricia Atherton after she filed for Chapter 7 bankruptcy protection. The Plaintiffs' claims against Defendant P.A. Atherton Construction, Inc. were not affected. P.A. Atherton Construction, Inc. did not plead or otherwise defend against the Complaint.

On December 16, 2020, Plaintiffs filed for motion for entry of default. On December 17, 2020, United States Magistrate Judge Eric I. Long granted the Plaintiffs' motion for entry of default against Defendant P.A. Atherton Construction, Inc.

On January 6, 2021, because the Defendant failed to file a responsive pleading and following the entry of default, the Plaintiffs filed their combined motion for default judgment and memorandum in support. Attached to the motion is an affidavit in support of attorney's fees.

The Court concludes that Defendant's liability has been established by its failure to respond to the allegations contained in the Plaintiff's complaint and supporting documents. Accordingly, there is no need for an evidentiary hearing on damages given the documentary evidence and detailed affidavits.

For good cause shown, pursuant to Federal Rule of Civil Procedure 55(b), the Plaintiffs' Motion for Default Judgment against Defendant P.A. Atherton Construction, Inc. [d/e 10] is GRANTED, as follows:

A. Judgment will be entered in favor of Plaintiffs Central Laborers' Pension Fund, Central Laborers' Annuity Fund, North Central Illinois Laborers' Health & Welfare Fund and against Defendant P.A. Atherton Construction, Inc., in the total amount of $349,394.04, which consists of fringe benefit contributions in the amount

of $295,727.83 for delinquent contributions, liquidated damages of $29,572.77, audit costs in the amount of $2,860.00, and attorney's fees and costs of these proceedings in the amount of $21,233.44.

B. Plaintiffs are granted leave to move for their reasonable, post-judgment attorney's fees and costs that are incurred in enforcing the terms of any Judgment or Amended Judgment.

ENTER: January 29, 2021

    FOR THE COURT:

                                            /s/ *Richard Mills*
                                            Richard Mills
                                            United States District Judge