Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Central Laborers' Pension Fund, Central Laborers' Annuity Fund, and North Central Illinois Laborers' Health & Welfare Fund <br><br> Plaintiffs, <br><br> vs. <br><br> P. A. Atherton Construction, Inc. and Patricia Atherton, <br><br> Defendants. | Case Number: 20-cv-3215 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs Central Laborers' Pension Fund, Central Laborers' Annuity Fund, North Central Illinois Laborers' Health & Welfare Fund recover from Defendant P.A. Atherton Construction, Inc., the amount of $349,394.04, consisting of fringe benefit contributions in the amount of $295,727.83 for delinquent contributions, liquidated damages of $29,572.77, audit costs of $2,860.00, and attorney's fees and costs of these proceedings in the amount of $21,233.44.

**Dated: February 1, 2021**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court