IN THE UNITED STATES
DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND *et al*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 20-3215 |
| P.A. ATHERTON CONSTRUCTION, INC., PATRICIA ATHERTON, INDIVIDUALLY | ) |
| Defendants. | ) |

**PLAINTIFFS' STATUS REPORT**

NOW COME the Plaintiffs, CENTRAL LABORERS' PENSION FUND *et al*, by and through their attorneys, CAVANAGH & O'HARA, LLP, and for their Status Report, state as follows:

1. Plaintiffs filed their two count Complaint against the Defendants on August 21, 2020. (D/E 1)

2. Count I of the Complaint is against P.A. Atherton, Inc., and seeks delinquent contributions owed to the Plaintiffs pursuant to the provisions of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. 1145 and 1132.

3. Count II of the Complaint is against Patricia Atherton, Individually, for willful violations of the Plaintiffs' Trust Agreements.

4. On November 12, 2020, Plaintiffs were notified that Patricia Atherton had filed for Chapter 7 bankruptcy protection on November 5, 2020.

5. On November 30, 2020, Plaintiffs moved for a stay of the proceedings against Patricia Atherton. D/E #8.

6. The bankruptcy case involving Patricia Atherton remains an open and pending case in the U.S. Bankruptcy Court.

7. Plaintiffs have received a judgment against P.A. Atherton Construction, Inc. D/E #12.

8. If Ms. Atherton receives a discharge and the bankruptcy is closed, Plaintiffs expect it will dismiss the action against her.

        Respectfully submitted,

        CENTRAL LABORERS' PENSION FUND, *et. al.*, Plaintiffs

        By: s/ John A. Wolters
        John A. Wolters
        **CAVANAGH & O'HARA LLP**
        2319 West Jefferson Street
        Springfield, IL  62702
        Telephone:  (217) 544-1771
        Facsimile: (217) 544-9894
        johnwolters@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 3, 2021 the aforementioned document has been served on the Defendants by sending via U.S. Mail, First Class to:

> P.A. Atherton Construction, Inc.
> 57 Eichorn Road
> Spring Bay, IL  61611
>
> Patricia Atherton
> 57 Eichorn Road
> Spring Bay, IL  61611

> By: s/ John A. Wolters
> John A. Wolters
> **CAVANAGH & O'HARA LLP**
> 2319 West Jefferson Street
> Springfield, IL  62702
> Telephone:  (217) 544-1771
> Facsimile: (217) 544-9894
> johnwolters@cavanagh-ohara.com