IN THE UNITED STATES
DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 20-3215 |
| | ) | |
| P.A. ATHERTON CONSTRUCTION, INC., | ) | |
| PATRICIA ATHERTON, INDIVIDUALLY | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF DISMISSAL
PURSUANT TO FED.R.CIV.P. 41(a)(1(A)(i)**

NOW COME the Plaintiffs, CENTRAL LABORERS' PENSION FUND *et al*, by and through their attorneys, CAVANAGH & O'HARA, LLP, and for their Notice of Dismissal of the cause of action against Patricia Atherton, Individually, state as follows:

1. Plaintiffs filed their two count Complaint against the Defendants on August 21, 2020. (D/E 1)

2. Count I of the Complaint is against P.A. Atherton, Inc., and sought s delinquent contributions owed to the Plaintiffs pursuant to the provisions of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. 1145 and 1132.

3. Count II of the Complaint was against Patricia Atherton, Individually, for willful violations of the Plaintiffs' Trust Agreements.

4. Both Defendants executed waivers of service. D/E #s 6 and 7.

5. On November 12, 2020, Plaintiffs were notified that Patricia Atherton had filed for Chapter 7 bankruptcy protection on November 5, 2020.

6. On November 30, 2020, Plaintiffs moved for a stay of the proceedings against Patricia Atherton. D/E #8.

7. On December 7, 2020, the District Court entered a Text Order staying the

proceedings against Patricia Atherton.

8. On February 1, 2021, the District Court entered an Order of Default Judgment against PA Atherton Construction, Inc. and the Clerk of the Court entered a judgment on the same day.  D/E #s 11 and 12.

9. The cause of action against Ms. Atherton has remained stayed.

10. On January 23, 2023, Plaintiffs received a distribution in the amount of $7,614.85 from the bankruptcy estate of Patricia Atherton for Plaintiffs' claims filed in Bankruptcy Court.

11. On February 13, 2023, Patricia Atherton's bankruptcy case was closed as fully administered. Case No. 20-81107 in the Central District of Illinois, D/E #93.

12. Plaintiffs now file this Notice of Dismissal under Fed.R.Civ.P. 41(a)(1)(A)(i) as Patricia Atherton never answered the Plaintiffs' Complaint or filed a motion for summary judgment.

Respectfully submitted,

CENTRAL LABORERS' PENSION FUND, *et. al.*, Plaintiffs

By: s/ John A. Wolters
John A. Wolters
**CAVANAGH & O'HARA LLP**
2319 West Jefferson Street
Springfield, IL  62702
Telephone:  (217) 544-1771
Facsimile: (217) 544-9894
johnwolters@cavanagh-ohara.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 30, 2023  the aforementioned document has been served on the  Defendants by sending via U.S. Mail, First Class to:

>P.A. Atherton Construction, Inc.
>57 Eichorn Road
>Spring Bay, IL  61611
>
>Patricia Atherton
>57 Eichorn Road
>Spring Bay, IL  61611

>By: s/ John A. Wolters
>John A. Wolters
>**CAVANAGH & O'HARA LLP**
>2319 West Jefferson Street
>Springfield, IL  62702
>Telephone:  (217) 544-1771
>Facsimile: (217) 544-9894
>johnwolters@cavanagh-ohara.com